PORTLAND RAILWAY, LIGHT AND POWER COM-
PANY *v.* RAILROAD COMMISSION OF OREGON
(NO. 2).

ERROR TO THE SUPREME COURT OF THE STATE OF OREGON.

No. 120.    Argued May 1, 2, 1913.—Decided June 10, 1913.

57 Oregon, 126, affirmed, on the authority of the preceding case.

THE facts are stated in the opinion.

*Mr. Franklin T. Griffith,* and *Mr. Joseph S. Clark,* with
whom *Mr. Frederick V. Holman* was on the brief, for plain-
tiff in error.

*Mr. A. M. Crawford,* Attorney General of the State of
Oregon, and *Mr. Clyde B. Aitchison,* with whom *Mr. R. R.*
*Giltner* and *Mr. R. M. Sewell* were on the brief, for de-
fendant in error.

MR. JUSTICE DAY delivered the opinion of the court.

The Oak Park Improvement Association, a voluntary
organization of persons residing in and about the stations
on the Oregon City Division of the plaintiff in error, the
Portland Railway, Light and Power Company, known as
the Oak Grove District and comprising Milwaukie
Heights, Courtney, Oak Grove, Center and Risley, sought
by complaint filed with the Railroad Commission of
Oregon to have the Commission fix reasonable fares and
to order their substitution for those found to be unreason-
able and unjustly discriminatory. The Commission, upon
hearing, found that the rate of fare of fifteen cents charged

by the Railway Company between the City of Portland and the Oak Grove District was unreasonable and unjustly discriminatory, and ordered the Railway Company to charge in lieu thereof a ten cent fare and to give the same transfer privileges to passengers traveling between Portland and the Oak Grove District that were accorded to passengers on the Mt. Scott Division of the plaintiff in error. The Supreme Court of Oregon, relying upon the conclusions reached by it in the *Milwaukie Case* (*Portland Railway, Light & Power Co.* v. *Railroad Commission*, 56 Oregon, 468), decided this day by this court, *ante*, p. 397, affirmed the decree of the Circuit Court confirming the order of the Commission, 57 Oregon, 126, and the case is here on writ of error.

The findings of fact in the present case are practically identical with those in the *Milwaukie Case*, *ante*, p. 397, except the exclusion of facts applying to Milwaukie alone and the substitution of facts pertinent to the Oak Grove District, and show that the circumstances and conditions under which the plaintiff in error transports passengers between Portland and certain stations named for a fare of ten cents, with transfer privileges, are substantially the same as the circumstances and conditions under which the plaintiff in error transports passengers between Portland and the Oak Grove District, except as to the rate of fare and the giving of transfers, and that, while the charges of the Railway Company upon the Oregon City Division are not in themselves unreasonable, they are "unjust and unreasonable, discriminatory and give undue preference."

This case, denominated the *Oak Grove Case*, and the *Milwaukie Case* were heard together in the Supreme Court of Oregon and have been presented together in this court. The contentions asserted in this case are the same contentions set up in the *Milwaukie Case*, and the opinion in the latter case (*ante*, p. 397) has dealt with the controversy

here presented. In view of the conclusions reached in that case, we see no reason to disturb the judgment of the Supreme Court of Oregon in the present case, and it is accordingly

*Affirmed.*